ELKAN BLUMENTHAL, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

(Argued January 24, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 11, 1892, which modified, and affirmed as modified, a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Samuel Blythe Rogers* for appellants.

*Henry G. Atwater* for respondent.

.Agree to modify, by striking out extra allowance, and in all other respects to affirm on opinion of court below.

All concur.

Judgment accordingly.